IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOMEGOODS, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-03270-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having advised the Court that they have agreed to a settlement of this cause (see Notice of Settlement, filed July 29, 2021),

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: August 2, 2021

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.